AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00337-SSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Lexington Insurance Company c/o Corporation Service Company</u> was received by me on *(date)* <u>Jan 21, 2026, 12:00 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jane Doe</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Lexington Insurance Company c/o Corporation Service Company</u> on *(date)* <u>Thu, Jan 22 2026</u>; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 01/22/2026

Server's signature

Christina Newton, Process Server
Printed name and title

107 S West St Suite 417, Alexandria, VA 22314
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 22, 2026, 2:23 pm EST at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by Jane Doe. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 175; Height: 5'6"; Hair: Brown; Eyes: Brown; Relationship: Litigation Management Representative