Name and address:
Matthew C. Lovell (SBN: 189728)
mlovell@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750 Los Angeles, CA 90017
Telephone: (213) 402-1245

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASATCH PROPERTY MANAGEMENT, INC.,<br><br>Plaintiff(s)<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant(s). | CASE NUMBER<br><br>2:26-cv-00337-AB-DSR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Daniel I. Graham, Jr.                                of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 585-1419

*Telephone Number*          *Fax Number*

dgraham@nicolaidesllp.com

*E-Mail Address*

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 S. Wacker Dr., 36th Floor
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Lexington Insurance Company

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Matthew C. Lovell                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

189728          (415) 745-3779

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

mlovell@nicolaidesllp.com

*E-Mail Address*

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                        **U.S. District Judge/U.S. Magistrate Judge**