Name and address:

Khrys Wu (SBN: 219041)
Nicolaides Fink Thorpe Michaelides Sullivan LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WASATCH PROPERTY MANAGEMENT, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:26-cv-00337-AB-DSR |
| v. | |
| LEXINGTON INSURANCE COMPANY, | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Daniel I. Graham, Jr.

*Applicant's Name (Last Name, First Name & Middle Initial)*                              *check here if federal government attorney* ☐

Nicolaides Fink Thorpe Michaelides Sullivan LLP

*Firm/Agency Name*

| 10 S. Wacker Dr., 36th Floor | (312) 585-1419 | |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Chicago, IL 60606 | dgraham@nicolaidesllp.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Lexington Insurance Company | ☐ *Plaintiff(s)* ■ *Defendant(s)* ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Illinois | 11/9/00 | yes |
| District Court of Colorado | 5/21/09 | yes |
| USDC of Western Michigan | 6/22/17 | yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 5/18/26

Daniel I. Graham, Jr.
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Khrys Wu

*Designee's Name (Last Name, First Name & Middle Initial)*

Nicolaides Fink Thorpe Michaelides Sullivan LLP

*Firm/Agency Name*

777 South Figueroa Street, Suite 750

*Street Address*

Los Angeles, CA 90017

*City, State, Zip Code*

(213) 402-1245

*Telephone Number*          *Fax Number*

kwu@nicolaidesllp.com

*Email Address*

219041

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  5/18/26

Khrys Wu

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or
her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| 7th Circuit Court of Appeals | (7/3/2008) | yes |
| 9th Circuit Court of Appeals | (8/31/2009) | yes |
| USDC of Northern Illinois | (12/21/2000) | yes |
| US Supreme Court | (6/12/2025) | yes |

# United States Court of Appeals



## For the

## Seventh Circuit

---

## Certificate of Good Standing

I, Christopher G. Conway, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Daniel I. Graham, Jr. was on the third day of July in the year of our Lord two thousand and eight, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

In testimony Whereof I, Christopher G. Conway, have hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this twenty-second day of April in the year of our Lord two thousand and twenty-six.



Christopher Conway

Clerk of the United States Court of Appeals for the Seventh Circuit



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Daniel I Graham, Jr., was duly admitted to practice in this Court on August 31, 2009 and is in good standing in this Court.

Dated at San Francisco, California on April 21, 2026.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

Case No. 1:22-mc-05000    Document 3535    filed 05/14/26    USDC Colorado    pg 1 of
Case 2:26-cv-00337-AB-DSR    Document 30    Filed 05/18/26    Page 6 of 10    Page ID
#:163



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Daniel I. Graham, Jr.

Admission date: 5/21/2009

was admitted to practice in this court
and is in good standing.

Dated: May 14, 2026

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Daniel Ira Graham, Jr.
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 South Wacker Drive
Suite 3600
Chicago, IL 60606-7507

Chicago
Tuesday, May 05, 2026

In re:  Daniel Ira Graham, Jr.
Admitted: 11/09/2000
Attorney No. 6272308

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Daniel Ira Graham, Jr. was admitted to the practice of law in Illinois on 11/09/2000; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Tangelia Butler*
Tangelia Butler
Deputy Registrar

TB

# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Daniel Ira Graham Jr

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Daniel Ira Graham Jr was duly admitted to practice in said Court on (12/21/2000) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/17/2026 )

Thomas G. Bruton , Clerk,

By:  Elizabeth Eichenlaub
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ELIZABETH EICHENLAUB
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 17, 2026

# Supreme Court of the United States
## OFFICE OF THE CLERK
### WASHINGTON, D.C. 20543



# DANIEL IRA GRAHAM, JR.
# OF CHICAGO, IL

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States

on the twelfth day of June, in the year two thousand and twenty-five, and is now a member of the Bar of

this Court in good standing.



In testimony, whereof, as Clerk of said

Court, I have hereunto set my hand and

affixed the seal of said Court, at the City

of Washington, this first day of

May 2026.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in the support of justice.*

| *399 Federal Bldg.* | *107 Federal Bldg.* | *113 Federal Bldg.* | *330 Federal Bldg.* |
|---|---|---|---|
| *110 Michigan St., NW* | *410 W Michigan Ave.* | *315 W Allegan St.* | *202 W Washington St.* |
| *Grand Rapids, MI 49503* | *Kalamazoo, MI 49007* | *Lansing, MI 48933* | *Marquette, MI 49855* |
| *(616) 456-2381* | *(269) 337-5706* | *(517) 377-1559* | *(906) 226-2021* |

# CERTIFICATE OF GOOD STANDING

I, Ann E. Filkins, Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

## DANIEL I. GRAHAM

was duly admitted to practice in said Court on June 22, 2017

and is in good standing as a member of the bar of said Court.

Ann E. Filkins, Clerk of Court

Dated at Grand Rapids,
Michigan, on May 5, 2026

By: _____

Deputy Clerk